UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

ADRIAN RIGGS,                            )
                                         )
             Petitioner,                 )
v.                                       )     No. 1:08-cv-52-DFH-TAB
                                         )
STANLEY KNIGHT, Superintendent,          )
                                         )
             Respondent.                 )

**Entry Directing Further Proceedings**

**I.**

The petitioner's request to proceed *in forma pauperis* is **granted.**

**II.**

The deferential review commanded by the Antiterrorism and Effective Death Penalty Act, codified in part at 28 U.S.C. § 2254 ("AEDPA") applies to claims which the Indiana courts adjudicated on their merits. Pursuant to the AEDPA, "a federal court may issue a writ of habeas corpus only if the state court reached a decision that was either contrary to, or an unreasonable application of, clearly established federal law as determined by the Supreme Court." *Raygoza v. Hulick,* 474 F.3d 958, 963 (7th Cir. 2007) (citing 28 U.S.C. § 2254(d)(1); *Williams v. Taylor,* 529 U.S. 362, 404-06 (2000)).

Based on the foregoing, and based also on the fact that notice pleading does not suffice in an action for habeas corpus relief, *see Lloyd v. Van Natta,* 296 F.3d 630, 633 (7th Cir. 2002), the petitioner shall have **through February 8, 2008,** in which to **supplement** his petition for a writ of habeas corpus by supplying the following information:

1.  As to each of the claims asserted in the petition, was it decided on the merits by the Indiana courts?

2.  As to each of the claims asserted in the amended petition decided on the merits by the Indiana courts in what sense, if any, the state court's adjudication (i) resulted in a decision that was contrary to clearly established Federal Law, as determined by the Supreme Court of the United States or (ii) resulted in a decision which was an unreasonable application of clearly established Federal Law, as determined by the Supreme Court of the United States.

So ordered.

_____
DAVID F. HAMILTON, Chief Judge
United States District Court

Date: 1/18/2008

Distribution:

Adrian Riggs
DOC #922881
Pendleton Correctional Facility
P.O. Box 30
Pendleton, IN 46064